Matter of Clark (2025 NY Slip Op 03622)

Matter of Clark

2025 NY Slip Op 03622

Decided on June 12, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:June 12, 2025

PM-131-25
[*1]In the Matter of Peter Stratton Clark II, an Attorney. (Attorney Registration No. 4170601.)

Calendar Date:June 9, 2025

Before:Egan Jr., J.P., Aarons, Pritzker, Ceresia and Mackey, JJ.

Peter Stratton Clark II, Haverford, Pennsylvania, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Peter Stratton Clark II was admitted to practice by this Court in 2003 and lists a business address in Haverford, Pennsylvania with the Office of Court Administration. Clark now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Clark's application.
Upon reading Clark's affidavit sworn to March 10, 2025 and filed March 12, 2025, his supplemental affidavit sworn to May 16, 2025 and filed May 19, 2025 and upon reading the June 3, 2025 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Clark is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.

Egan Jr., J.P., Aarons, Pritzker, Ceresia and Mackey, JJ., concur.
ORDERED that Peter Stratton Clark II's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that Peter Stratton Clark II's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Peter Stratton Clark II is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Clark is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Peter Stratton Clark II shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.